# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:  REASSIGNMENT OF JUDGE   :   No. 386 Judicial Classification Docket
RAMY I. DJERASSI OF THE COURT OF   :
COMMON PLEAS OF THE FIRST        :
JUDICIAL DISTRICT OF PENNSYLVANIA  :
TO ORPHANS' DIVISION            :

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of January 2024, upon consideration of the Petition of the Honorable Nina Wright-Padilla, President Judge of the Court of Common Pleas of the First Judicial District of Pennsylvania, for the permanent reassignment of the Honorable Ramy I. Djerassi to the Orphans' Division of the Court of Common Pleas of the First Judicial District of Pennsylvania, said Petition is **GRANTED** and the requested assignment is approved.